**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Case No. 1:16-cv-00095-MR
Criminal Case No. 1:12-cr-00128-MR-DLH**

| | | |
|---|---|---|
| **LAWRENCE DOE, JR.,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **TRANSPORT ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Order granting Petitioner's Motion to Vacate [1:16-cv-00095-MR, Doc. 1] and ordering him to be resentenced.

**IT IS, THEREFORE, ORDERED** as follows:

(1)    The United States Marshal shall have Petitioner present in Asheville, North Carolina, for resentencing on or after September 6, 2016;

(2)    The Clerk of Court shall calendar this matter for resentencing as soon as is practicable on or after September 6, 2016;

(3)    The Federal Defender shall provide counsel to Petitioner for resentencing; and

(4)　　The United States Probation Office shall provide a supplemental presentence report.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, the Federal Defenders, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: August 5, 2016

Martin Reidinger
United States District Judge